**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 312 EAL 2017

      Petitioner

:   Petition for Allowance of Appeal from
:   the Order of the Superior Court

    v.

LOUIS DAWKINS,

      Respondent

COMMONWEALTH OF PENNSYLVANIA,   :   No. 313 EAL 2017

      Petitioner

:   Petition for Allowance of Appeal from
:   the Order of the Superior Court

    v.

EDROY WIGFALL,

      Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.